FILED: July 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1849
(3:23-cv-02100-JFA)

_____

In re: SOUTH CAROLINA DEPARTMENT OF PARKS, RECREATION AND
TOURISM

In re: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION, 1:21-
md-3010-PKC; and STATE OF TEXAS, et al. v. GOOGLE LLC, 1:21-cv-6841-
PKC

_____

SOUTH CAROLINA DEPARTMENT OF PARKS, RECREATION AND
TOURISM

        Movant - Appellant

v.

GOOGLE LLC

        Respondent - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Agee, Judge Thacker, and Senior

Judge Traxler.

For the Court

<u>/s/ Nwamaka Anowi, Clerk</u>